# EXHIBIT "E"

# Volunteers of America®

## UPSTATE NEW YORK

**Programs and Services**

**Supportive Housing**
  Emergency Shelters
  Permanent Supportive Housing
  Transitional Housing for Veterans
  Cobblestone Place Senior Living
  Rapid ReHousing
  Project ReDirect
  Employment Assistance
  Emergency Food Pantry
  Brightening Birthdays™

**Children's Services**
  Early Childhood Program
  Head Start Programs
  Universal Pre-K
  Expanded Pre-K
  After School Programs
  School-Age Programs
  Summer Camp
  Camp HEROES

**Reentry Services**
  Residential Reentry Center (RRC)
  Step by Step
  Community Based Residential Program
  Cognitive Based Intervention Programs

**Offices**
**Rochester**
214 Lake Avenue
Rochester, NY 14608
Phone: 585-647-1150
Fax: 585-647-2177

**Binghamton**
320 Chenango Street
Binghamton, NY 13901
Phone: 607-772-1156
Fax: 607-772-1185

March 30, 2021

To Whom It May Concern,

This letter is to inform you that Rebecca Woodin (DOB 8/17/1985) has been an active participant in all programs facilitated by Volunteers of America at Monroe County Jail since 3/6/2020. Rebecca has successfully completed the 'Moral Reconation Therapy' program and is currently engaged in the Interactive Journaling program.

Moral Reconation Therapy is an evidence based cognitive behavioral intervention group in which participants work towards improving their decision-making skills and overall moral outlook. Rebecca has attended all sessions offered and successfully completed all 12 steps of the program on 8/21/2020. She has demonstrated significantly improved insight regarding personal areas in need of change.

Rebecca is now actively engaged in Interactive Journaling, which is part of the evidence based Courage to Change program. This program allows participants to work on faulty thinking patterns and emotional regulation skills through the completion of the "Self-Control" and "Responsible Thinking" journals. Rebecca continues to and demonstrate active engagement through her completion of homework and ongoing weekly individual sessions. She demonstrates sincere motivation to work towards positive change with no current concerns at this time.

Please feel free to contact me with any questions.

Sincerely,

Amanda Cocchiara, MS
CBI Facilitator
Volunteers of America Upstate New York
175 Ward St.
Rochester, NY 14605
Direct Phone: 607-349-5859
acocchiara@voaupny.org