# EXHIBIT "F"

# Volunteers of America®

## UPSTATE NEW YORK

Programs and Services

**Supportive Housing**
Emergency Shelters
Permanent Supportive Housing
Transitional Housing for Veterans
Cobblestone Place Senior Living
Rapid ReHousing
Project ReDirect
Employment Assistance
Emergency Food Pantry
Brightening Birthdays℠

**Children's Services**
Early Childhood Program
Head Start Programs
Universal Pre-K
Expanded Pre-K
After School Programs
School-Age Programs
Summer Camp
Camp HEROES

**Reentry Services**
Residential Reentry Center (RRC)
Step by Step
Community Based Residential Program
Cognitive Based Intervention Programs

Offices
**Rochester**
214 Lake Avenue
Rochester, NY 14608
Phone: 585-647-1150
Fax: 585-647-2177

**Binghamton**
320 Chenango Street
Binghamton, NY 13901
Phone: 607-772-1156
Fax: 607-772-1185

August 21, 2020

To Whom It May Concern:

This letter is to confirm that Rebecca Woodin has successfully completed Moral Reconation Therapy, an evidence-based Cognitive Behavioral program offered by Volunteers of America Upstate New York within the Monroe County Jail.

Moral Recontation Therapy (MRT) is 12-16 step program aimed at impacting personality and behavior of individuals currently incarcerated. This program seeks to help participants understand their beliefs and choices that resulted in their current situations with the overall goal of reducing the chances of recidivism. Rebecca completed this program individually while working one-on-one with a master's level clinician.

Primary goals of MRT include:
- Enhance moral reasoning and value based decision making
- Build trusting and honest relationships
- Develop overall acceptance of one's current situation
- Set goals for positive changes and maintain motivation
- Heal damaged relationships
- Develop positive social skills and support
- Give back to others and engage in positive peer interactions

Rebecca enrolled in the program on March 9, 2020 and successfully completed on August 21, 2020. She met all expectations of the program which include regular correspondence with the facilitator, respect for self, respect for others and timely progression through the program.

Sincerely,

*Meghan Perschke, LMHC*

Meghan Perschke, LMHC
CBI Facilitator
Volunteers of America Upstate New York

Our Mission We empower people in our community to rise out of poverty, move toward self-reliance and reach their full potential. Success is demonstrated through measurable, positive change in the lives of the individuals, families and communities we serve.
www.voaupny.org