# EXHIBIT "G"

Rebecca Woodin

Since I've been incarcerated: Jan 27, 2020  34 yrs old

① I've renewed my relationship with God. Making God a priority in my life. Learning to trust Him, to live for His will not my own will, understanding my sins past and present, asking for forgiveness, and doing my best to make today better than yesterday with His guidance. I read my bible 3 to 4 times a day with journaling with Our Daily Bread Devotionals and Portals of Prayer devotions. I watch/listen to sermons from different church podcasts on the tablet provided to me. Elevation Church, Pinelake Church, Willowcree to name a few. I write notes as I listen and meditate in prayer of the message of the sermon. I attend bible study classes when available, due to Covid. In addition to my Bible — Life Recovery Bible — I have read other Christian base books. It's Okay not to be Okay by Sheila Walsh, You will get Through this by Max Lacado, Romans 12 Christian by Chip Ingram, and Resting in His Redemption by James P. Gills MD to name a few. I pray several times a day asking God for wisdom, guidance, forgiveness, humility, for blessings, compassion, empathy, and well-being of others.

② I've been improving my Mental health and my awareness of it. I take my MH medications — every day. I have regular conversations with Mental Health Staff approximately every 8 weeks. If needed to speak to them sooner for any questions or conversations with Mental I contact them to come see me in between regular meeting I attend all groups available to me 3 to 4 days a week, I

ve full participation and engage with therapists running the groups. I had 1:1 conversations with a therapist from Volunteers of America who came in to work with us. I completed 2 Interactive Journaling Books and completed Moral Recognition Therapy - Escaping your own Prison via mail with VOA therapists during Covid Spring/Summer 2020. I would like to continue working with them if permitted again for them to return to the Jail. I also found some podcasts for mental health and listen to them a few times a week. Deep Energy Podcast (soft music), Anxiety Slayer, and The Daily Boost: Best Daily Motivation.

) I use open communication with my support team. - My father, James Pasquale, My Mother, Karen Pasquale, My Best friend, Megan Renz, My "Sister"/Best Friend, Amanda Lechner. I talk to each of them on average 1-2 times a week via phone. Also we write to each other every few months. During this time I have learned who is important to me in my life and who is healthy to still have in my life. It's not the number of friends/family that were around me that are important but who's left in my corner now. They truely love me, listen to me, forgive me, pray for me, uplift me with postive attributes, and also bring me laughter at times. I know now that I can talk to them about anything and most importantly ask them for help. I know I will receive honest loving feedback and good constructive criticism. I know I no longer need to pretend that I am okay all the time, not try to hide my depression, or my fears. They are there to share support for me and

I for them for the good and the difficult times. A couple of them have sent me clothing I've needed, coloring books, reading books, and puzzle books to help me during my time. Lastly I have gained a few Christian friends for support. We talk giving godly advice, listen to each other and pray for/with each other. They have been a good addition to my support team.

4) I participate in these extra activities which have helped with my coping skills for my mental health and helped increase my physical health. I have rediscovered my talent of drawing. I draw/color for other inmates to keep for themselves or to send home to their families. I also have made birthday cards for others for their birthdays. I walk around the gym and exercise in my cell at night while watching TV. I play cards or dominos with others on my block, complete puzzle books of Sudoku and word searches, listen to gospel music and sermons on the radio (94.7FM & 92.3FM) In addition to these activities I respect the staff of the jail, follow the rules, and stay away from conflicts with staff and/or inmates. I contact medical staff with any concerns I have or medical attention I may need on a need to need basis.

My Goals for the next 10+ years
1) To Grow more in my faith and my relationship with God
   - Read my bible daily, meditate with journaling on the word of God daily
   - Attend a bible study group


- Lead a bible study group within the prison
- Attend Church (via person, radio, or podcast)
- Have a mentor in Christian Faith and mentor someone else in Christian Faith

2) To continue to grow with my mental health
- Attend group programs offered at prison
- Talk with a therapist(s) on a regular basis either in a group or 1:1 sessions
- Practice good coping skills to help maintain my stress/anxieties
   ○ Writing in a journal, drawing and coloring, listen to music, exercising, puzzles, playing cards.

3) Utilize My Support Team
- Stay in contact with each member of my support team via talking on the phone, writing letters, video visits
- Grow my support team with others around me
   ○ 1-2 inmates with similar beliefs as me that we can support each other in healthy ways
   ○ Therapists I interact with for my mental health.

4) Increase My Education level
- Attend college courses classes and complete all class work
- Prepare myself to be able to reenter into society as a honest working citizen
- Earn a degree as a therapist. I want to help others with addictions deeper than the surface of Alcohol & Narcotics



⑤ Aquire a job within the prison
  - Utilize my cosmetology licence with other inmates
  - Work in the kitchen or in the library
  - Show up on time, respect others, work hard and follow rules

Statement Draft

I want to apologize for my actions and I'm extremely sorry Isabella was a victem of them. I was trusted to help raise Isabella and protect her from harm. I said vows at my wedding to her Father to love her like my own child. She was like a daughter to me and I like a mother to her. I was to teach her right from wrong. To show her how to treat others and herself with respect and love, to teach her to trust her family, to always protect her and keep her safe from harm. Instead I failed her as a parent/guardian. She trusted me and I selfishly didn't think of her before my maniputating actions. I caused Isabella, damage emotionally to where she will have therapy for years to come. I have caused her to possibly have trust problem in her future relationships, and confusion of why someo she loved betrayed her. She gave me her love, trust, fail and I failed her. I am so ashamed and understand my actions were very damaging to her. I was selfish and manipulating. Isabella shouldn't of had to go throu any of this hurt and dramotics of my actions. I take fu responsibility for all I have done and the damage it

Case 6:21-cr-06030-EAW   Document 82-8   Filed 10/07/21   Page 7 of 7 

caused Isabella. I'm so sorry. I can't say that enough. I wish I could take it all back but I know that's not possible. I understand my actions are leading me to several years behind bars in a prison facility and I deserve to be there. I feel guilt, shameful, along with self disappointment every day. I plan to take these feelings of my remorse and utilize the opportunities in prison to help continue my growth in my mental health and my relationship with God. I want to understand what lead me here today and make a better future for myself.